AO 91 (Rev. 5/85) Criminal Complaint

# United States District Court
## For The District of Columbia

**UNITED STATES OF AMERICA**

v.

**EDGAR B. FIELDS**

**(Name and Address of Defendant)**

**CRIMINAL COMPLAINT**

**CASE NUMBER:**

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about **August 13, 2005** in **WASHINGTON** county, in the _____ District of **COLUMBIA** defendant did, (Track Statutory Language of Offense)

**having been convicted of a crime punishable by imprisonment for a term exceeding one year, ship and transport in interstate and foreign commerce, and possess in and affecting commerce, a firearm and ammunition, and did receive a firearm and ammunition, which had been shipped and transported in interstate and foreign commerce, that is, a Glock 9mm handgun and 9mm ammunition.**

in violation of Title **18** United States Code, Section(s) **922(g)(1)** .

I further state that I am **OFFICER MONIQUE PETTETT**, and that this complaint is based on the following facts:

**SEE ATTACHED STATEMENT OF FACTS**

Continued on the attached sheet and made a part hereof:    ☒ Yes   ☐ No

**Signature of Complainant**
**OFFICER MONIQUE PETTETT**
**UNITED STATES PARK POLICE**

Sworn to before me and subscribed in my presence,

_____   at   **Washington, D.C.**
Date                                          City and State

_____   _____
**Name & Title of Judicial Officer**          **Signature of Judicial Officer**