**STATEMENT OF FACTS**

  On Saturday, August 13, 2005, at about 10:36 a.m., sworn officers with the United States Park Police conducted a traffic stop at Mississippi Avenue and 10th Place, S.E., Washington, D.C. Officers asked for the defendant, Edgar Fields, for the his license and the registration for the car, and the defendant said that he did not have a license nor the registration, and identified himself as Lonnelle Lewis Clark.  While running a check on the defendant, officers saw the defendant reach over towards the glove box.  A check revealed that the defendant did not have a license, at which time officers placed him under arrest.  A search of the car revealed a loaded Glock 9mm handgun in the glovebox of the car.  To the best of the undersigned officer's knowledge, defendant Edgar Fields has previously been convicted of a crime punishable by imprisonment for a term exceeding one year in the District of Columbia Criminal Case No. F4885-02.  Before filing this complaint, the officer reviewed at least one computer print-out of the defendant's criminal history and it showed that the defendant had been convicted of such crime.  She wrote her initials on the computer print-out that she reviewed, so that she would recognize it again in the future.  To the best of this officer's knowledge there are no Glock 9mm handguns nor ammunition manufactured in the District of Columbia.

_____
OFFICER MONIQUE PETTETT
UNITED STATES PARK POLICE

SWORN AND SUBSCRIBED BEFORE ME
ON THIS _____ DAY OF AUGUST, 2005.

_____
U.S. MAGISTRATE JUDGE